■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMELO BATISTA, Appellant, v HANS WALKER, as Superintendent of Auburn Correctional Facility, Respondent. [605 NYS2d 1006] — Judgment unanimously affirmed. Memorandum: Because relator's argument that the indictment was jurisdictionally defective could have been raised on direct appeal or pursuant to CPL article 440, habeas corpus is not an appropriate remedy (see, People ex rel. Douglas v Vincent, 50 NY2d 901, 903, affg for reasons stated 67 AD2d 587; People ex rel. Van Patten v Walker, 174 AD2d 1058; People ex rel. Grady v LeFevre, 152 AD2d 850, lv denied 75 NY2d 702; People ex rel. Frazier v Coombe, 87 AD2d 904). (Appeal from Judgment of Supreme Court, Cayuga County, Contiguglia, J.—Habeas Corpus.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.

■ EIGHT TOBEY ROAD CORPORATION, Appellant, v BAASTIAN MARKESTEYN et al., Respondents, et al., Defendant. (Appeal No. 1.) [604 NYS2d 434] —Order unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court properly concluded that, upon payment by defendant Baastian Markesteyn (Markesteyn) pursuant to RPAPL 1341 (1), the complaint in this mortgage foreclosure action must be dismissed. Supreme Court, however, should not have permitted Markesteyn's attorney to calculate the amount due for mortgage principal, interest and the costs of the action. Therefore, we modify the order by vacating the amount due plaintiff and remit the matter to Supreme Court to determine that amount. (Appeal from Order of Supreme Court, Wayne County, Strobridge, J.—Mortgage Foreclosure.) Present—Denman, P. J., Balio, Fallon, Doerr and Davis, JJ.